Dear Honorable Judge,                                                                 8/16/22

    I have known Nate for the last 6-7 years. I have hired him for work in the Audio / Visual Events Industry for multiple different companies. Nate is hands down one of my best workers, and an even better friend.

    When I first met Nathaniel in the AV industry, all he ever did was talk about his family and kids. How much he misses them and wants to provide for them. This industry pays okay but not enough to buy a house, if you follow what I am saying. Nate would sacrifice his food intake to make sure his kids had new shoes. He sacrificed his own personal health to work multiple jobs in one day, just to get his feet on the ground again while supporting his family. His sacrifices, discipline, dedication, and loyalty is something to admire about Nathaniel. Out of the dozens that I have trained and worked with. He is one of the few that has met and reached every goal he has set for himself, personal and professional.

    Nate has also volunteered his personal time with helping the build and growth of my company Orange County Music League (OCML). We focus on building art and music from within our local community and bring it to the public eye. He has helped on all day events for community events and fundraisers. Loading a box truck the night before with our stage, AV equipment etc., driving out to the location, unload, build, show, strike, truck load again and then bring it home to unload it once more. These turn out to be twenty hour days. All so that he can use this further his knowledge in our industry. Some of these events we do are to help with the growing homeless population here in Orange County. We have done food, clothing, blankets, and tent drives. Nate has always been present to help distribute food, help with dressing and providing shelter for those less fortunate.

    As a friend through the years, Nate has helped me through tough times as well as the great times. I have gone through my own stint with trouble and Nate was there for me, even with what little he had, he always made time to get me food, loan some money or just be there when he could have been working. He has always had my back, like family.

    This is based on what I have personally seen and felt throughout the 7 years of knowing Nathaniel Willard. Those feelings have not wavered or diminished at all during those years. William has always been an outstanding person, friend, coworker and father.. I hope this reaches you well and takes what I say to heart, especially when I say everything from above to this. Nathaniel Willard is capable of being a role model for others, provides
positivity in the local community and his circle of friends and coworkers.

Thank you for your time, feel free to reach me for any further information.
Thank you,
John Safari -  (949) 532 8655